Richard SCHWARDT, et al., Respondents,

v.

MODERN GRAIN SYSTEMS, INC., and Modern Farm Systems, Inc., Petitioners, Appellants,

Railoc Co., Inc., and Web Construction Co., Respondents.

No. C0–87–2337.

Supreme Court of Minnesota.

Jan. 30, 1989.

Rehearing Denied March 14, 1989.

ORDER

It now appearing that the petition for further review of the decision of the court of appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the August 4, 1988 order of this court granting review of the May 24, 1988 opinion of the court of appeals be, and the same is, hereby vacated.